RECEIVED
OCT 10 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TERRANCE COTRELL ROBINSON<br>DOC #523307 | DOCKET NO. 14-CV-465; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN, ALLEN CORRECTIONAL CENTER | MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because Petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d), and he is not eligible for the benefit of equitable tolling.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 10th day of October, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE